UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EK VATHANA, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

EVERBANK a/k/a EVERBANK DIRECT a/k/a EVERBANK FEDERAL SAVINGS ASSOCIATION, EVERBANK FINANCIAL CORP, EVERBANK WORLD MARKETS, and DOES 1 to 25,

Defendant(s).

*E-Filed 7/2/09*

CASE NO. 09-CV-02338-RS

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Deborah S. Birnbach, an active member in good standing of the bar of United States District Court, District of Massachusetts whose business address and telephone number (particular court to which applicant is admitted) is, GOODWIN PROCTER LLP, 53 State Street, Boston, MA 02109-2881, Phone: (617) 570-1000 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants Everbank; Everbank Financial Corp; and Everbank World Markets.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/2/09

*[signature]*

United States Magistrate Judge
Hon. Richard Seeborg

American LegalNet, Inc.
www.FormsWorkflow.com