BROOKS R. BROWN (SBN 250724)
*bbrown@goodwinprocter.com*
**GOODWIN PROCTER** LLP
10250 Constellation Blvd.
Los Angeles, California  90067
310.788.5100

ROBERT B. BADER (SBN 233165)
*rbader@goodwinprocter.com*
JOHN D. COOKE (SBN 233267)
*jcooke@goodwinprocter.com*
**GOODWIN PROCTER** LLP
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
415.733.6000

DEBORAH S. BIRNBACH (*pro hac vice*)
*dbirnbach@goodwinprocter.com*
**GOODWIN PROCTER** LLP
Exchange Place
Boston, MA  02109
617.570.1000

Attorneys for Defendants:
*EverBank a/k/a EverBank Direct a/k/a*
*EverBank Federal Savings Association;*
*EverBank Financial Corp;* and *EverBank*
*World Markets*

**E-Filed 9/10/09**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EK VATHANA, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>EVERBANK a/k/a EVERBANK DIRECT a/k/a EVERBANK FEDERAL SAVINGS ASSOCIATION, EVERBANK FINANCIAL CORP, EVERBANK WORLD MARKETS, and DOES 1 to 25,<br><br>        Defendants. | Case No. 09-CV-02338-RS<br><br>**[PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING RELEVANT DEADLINES**<br><br>Courtroom:  4<br>Judge:    Hon. Richard Seeborg<br>          280 S. First Street<br>          San Jose, CA  95113 |

1    Upon consideration of the Joint Stipulation to Reschedule Initial Case Management

2  Conference and Extend Relevant Deadlines filed by plaintiff **Ek Vathana** and defendants

3  **EverBank, EverBank Financial Corporation and EverBank World Markets** (collectively,

4  "Defendants"), **IT IS HEREBY ORDERED** as follows:

5    1.    The Initial Case Management Conference currently scheduled for September 30,

6  2009 will be rescheduled to October 28, 2009 at 2:30 p.m.

7    2.    All relevant deadlines set forth in the Order setting the Initial Case Management

8  Conference are extended in accordance with the new date for the Initial Case Management

9  Conference.

10
     Dated: ____September 10_____, 2009    _____
11                                          HON. RICHARD SEEBORG
12                                          United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED]** ORDER                                    Case No. 09-CV-02338-RS

**PROOF OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 10th day of September, 2009.

/s/ Deborah S. Birnbach
Deborah S. Birnbach
