| | |
|---|---|
| 1 | BROOKS R. BROWN (SBN 250724)<br>*bbrown@goodwinprocter.com* |
| 2 | **GOODWIN PROCTER LLP**<br>10250 Constellation Blvd. |
| 3 | Los Angeles, California 90067<br>310.788.5100 |

**\*E-Filed 10/15/09\***

ROBERT B. BADER (SBN 233165)
*rbader@goodwinprocter.com*
JOHN D. COOKE (SBN 233267)
*jcooke@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
415.733.6000

DEBORAH S. BIRNBACH (*pro hac vice*)
*dbirnbach@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA 02109
617.570.1000

Attorneys for Defendants:
*EverBank a/k/a EverBank Direct a/k/a EverBank Federal Savings Association; EverBank Financial Corp;* and *EverBank World Markets*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EK VATHANA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVERBANK a/k/a EVERBANK DIRECT a/k/a EVERBANK FEDERAL SAVINGS ASSOCIATION, EVERBANK FINANCIAL CORP, EVERBANK WORLD MARKETS, and DOES 1 to 25,<br><br>Defendants. | Case No. 09-CV-02338-RS<br><br>**[PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING RELEVANT DEADLINES AND PERMITTING THE PARTIES TO PARTICIPATE IN THE CONFERENCE BY TELEPHONE**<br><br>Courtroom: 4<br>Judge: Hon. Richard Seeborg |

Upon consideration of the Joint Stipulation to Reschedule Initial Case Management Conference and Extend Relevant Deadlines and Request to Participate in the Conference by Telephone filed by plaintiff **Ek Vathana** and defendants **EverBank, EverBank Financial Corporation and EverBank World Markets** (collectively, "Defendants"), **IT IS HEREBY ORDERED** as follows:

1. The Initial Case Management Conference currently scheduled for October 28, 2009 will be rescheduled to November 18, 2009 at 2:30 p.m.

2. All relevant deadlines set forth in the Order setting the Initial Case Management Conference are extended in accordance with the new date for the Initial Case Management Conference.

3. The Parties may participate in the Initial Case Management Conference by telephone.

Dated: _____, 2009      _____
                                                              HON. RICHARD SEEBORG
                                                              United States Magistrate Judge

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I hereby certify that this document filed through the ECF system will be sent electronically |
| 3 | to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper |
| 4 | copies will be sent to those indicated as non-registered participants on this 6th day of October, |
| 5 | 2009. |
| 6 | |
| 7 | /s/ Deborah S. Birnbach<br>Deborah S. Birnbach |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |