| | |
|---|---|
| BROOKS R. BROWN (SBN 250724)<br>*bbrown@goodwinprocter.com*<br>**GOODWIN PROCTER LLP**<br>10250 Constellation Blvd.<br>Los Angeles, California 90067<br>310.788.5100<br><br>ROBERT B. BADER (SBN 233165)<br>*rbader@goodwinprocter.com*<br>JOHN D. COOKE (SBN 233267)<br>*jcooke@goodwinprocter.com*<br>**GOODWIN PROCTER LLP**<br>Three Embarcadero Center, 24th Floor<br>San Francisco, California 94111<br>415.733.6000<br><br>DEBORAH S. BIRNBACH (*pro hac vice*)<br>*dbirnbach@goodwinprocter.com*<br>**GOODWIN PROCTER LLP**<br>Exchange Place<br>Boston, MA 02109<br>617.570.1000<br><br>Attorneys for Defendants:<br>*EverBank a/k/a EverBank Direct a/k/a EverBank Federal Savings Association; EverBank Financial Corp;* and *EverBank World Markets* | **\*E-Filed 10/29/09\*** |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| EK VATHANA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVERBANK a/k/a EVERBANK DIRECT a/k/a EVERBANK FEDERAL SAVINGS ASSOCIATION, EVERBANK FINANCIAL CORP, EVERBANK WORLD MARKETS, and DOES 1 to 25,<br><br>Defendants. | Case No. 09-CV-02338-RS<br><br>~~[PROPOSED] ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE AND EXTENDING RELEVANT DEADLINES AND PERMITTING THE PARTIES TO PARTICIPATE IN THE CONFERENCE BY TELEPHONE~~<br><br>Courtroom: 4<br>Judge: Hon. Richard Seeborg<br><br>STIPULATION AND ORDER TO TEMPORARILY SUSPEND LOCAL ALTERNATIVE DISPUTE RESOLUTION REQUIREMENTS |

LIBA/2040740.1

~~[PROPOSED]~~ ORDER

1

Case No. 09-CV-02338-RS

1  Upon consideration of the Joint Stipulation to Temporarily Suspend Local Alternative
2  Dispute Resolution Requirements filed by plaintiff **Ek Vathana** and defendants **EverBank,**
3  **EverBank Financial Corporation and EverBank World Markets** (collectively, "Defendants"),
4  **IT IS HEREBY ORDERED** as follows:
5     1.   All ADR requirements imposed by the Northern District of California be
6  temporarily suspended until the Court determines whether to certify the putative class requested in
7  the Complaint.

8  Dated: October 29, 2009            _____
9                                      HON. RICHARD SEEBORG
                                       United States Magistrate Judge

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I hereby certify that this document filed through the ECF system will be sent electronically |
| 3 | to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper |
| 4 | copies will be sent to those indicated as non-registered participants on this 28th day of October, |
| 5 | 2009. |
| 6 | |
| 7 | /s/ Deborah S. Birnbach<br>Deborah S. Birnbach |