Michael Millen
Attorney at Law (#151731)
119 Calle Marguerita Ste. 100
Los Gatos, CA 95032
Telephone: (408) 871-0777
Fax: (408) 516-9861
mikemillen@aol.com

Attorney for Plaintiff

BROOKS R. BROWN (SBN 250724)
bbrown@goodwinprocter.com
GOODWIN PROCTER LLP
10250 Constellation Blvd.
Los Angeles, California 90067
310.788.5100

ROBERT B. BADER (SBN 233165)
rbader@goodwinprocter.com
JOHN D. COOKE (SBN 233267)
jcooke@goodwinprocter.com
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
415.733.6000

DEBORAH S. BIRNBACH (pro hac vice)
dbirnbach@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
617.570.1000

Attorneys for Defendants:
EverBank a/k/a EverBank Direct a/k/a EverBank Federal Savings Association;
EverBank Financial Corp; and EverBank World Markets

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (San Jose Division)

| | |
|---|---|
| EK VATHANA, etc., <br><br> Plaintiff, <br><br> v. <br><br> EVERBANK a/k/a EVERBANK DIRECT etc., et al. <br><br> Defendant. | NO.: 09-CV-02338-RS <br><br> **ORDER REGARDING BRIEFING AND HEARING RE: MOTION FOR CLASS CERTIFICATION** <br><br> Courtroom: 3 (17th Fl) <br> Judge: Hon. Richard Seeborg <br> 450 Golden Gate Ave. <br> San Francisco, CA |

In light of the parties' stipulation and good cause appearing, the court hereby orders that the Motion for Class Certification will be briefed and heard as follows:

1. Defendants' Opposition to Class Certification will be filed no later than February 11, 2010.

2. Plaintiff's Reply will be filed no later than February 25, 2010.

3. The hearing will be on March 11, 2010 at 1:30 p.m.

Dated: 01/25/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE