**United States District Court**
For the Northern District of California

1

**\*E-Filed 04/16/2010\***

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12   EK VATHANA, individually and on              Case No. C 09-2338 RS
     behalf of all others similarly situated,
13
                                                  **ORDER RE: CLASS NOTICE**
14              Plaintiff,
        v.
15
     EVERBANK, a/k/a EVERBANK DIRECT,
16   a/k/a EVERBANK FEDERAL SAVINGS
     ASSOCIATION; EVERBANK FINANCIAL
17   CORPORATION; EVERBANK WORLD
     MARKETS; and DOES 1 to 25,
18
19              Defendants.

20   _____/

21        The Notice of Pendency of Class Action, which the parties have submitted for the Court's

22   review, is hereby approved.  The disputed Paragraph 12 will be included in the Notice with the final

23   sentence omitted: "Any person, who lives within 100 miles of the San Francisco Federal

24   Courthouse, whether they are a class member or not, could potentially be subpoenaed to appear for

25   trial by either side."

26

27

28

1    The parties are directed to finalize their preparations of the Notice in accordance with this

2    ruling.

3

4    Dated: 04/16/2010

5    RICHARD SEEBORG
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

CASE NO. C 09-02338 RS
ORDER DENYING MOTION TO REMAND AND MOTION TO DISMISS