*E-Filed 9/30/10*

Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 866-7480
mikemillen@aol.com

Attorney for Plaintiff

BROOKS R. BROWN (SBN 250724)
bbrown@goodwinprocter.com
GOODWIN PROCTER LLP
10250 Constellation Blvd.
Los Angeles, California  90067
310.788.5100

ROBERT B. BADER (SBN 233165)
rbader@goodwinprocter.com
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
415.733.6000

DEBORAH S. BIRNBACH (pro hac vice)
dbirnbach@goodwinprocter.com
BROOK L. AMES (pro hac vice)
bames@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
Boston, MA  02109
617.570.1000

Attorneys for Defendants:
EverBank a/k/a EverBank Direct a/k/a EverBank Federal Savings Association;
EverBank Financial Corp; and EverBank World Markets

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (San Jose Division)

| | |
|---|---|
| EK VATHANA, etc.,<br><br>    Plaintiff,<br><br>    v.<br><br>EVERBANK a/k/a EVERBANK DIRECT etc., et al.<br><br>    Defendants. | NO.:  09-CV-02338-RS<br><br>**ORDER MODIFYING CASE SCHEDULING ORDER**<br><br>Courtroom:  3 (17th Fl)<br>Judge:    Hon. Richard Seeborg<br>          450 Golden Gate Ave.<br>          San Francisco, CA |

Good cause appearing, the court hereby orders as follows:

1) Plaintiff is to file a Summary Judgment Motion as to plaintiff Ek Vathana (and not the class) within the next 30 days;

2) Defendants will file a summary judgment motion with their opposition to plaintiff's summary judgment motion;

3) The fact discovery and expert discovery-cut dates will be vacated in order to determine if further discovery is necessary;

4) After the court rules on the summary judgment motions, the court will set a new Case Management Conference if necessary.

5) If either party believes that it needs additional discovery to respond to the other's summary judgment motion or opposition, the parties will confer and the moving party will assent to a Rule 56(f) request seeking reasonable and relevant discovery with respect to the motion and an appropriate continuance of the hearing to date to accommodate it. If the parties disagree as to what is reasonable and relevant, then the opposing party remains free to file with the court an application for Rule 56(f) relief.

Dated:  9/30/10

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE