*E-Filed 11/5/10*

MICHAEL MILLEN (SBN 151731)
119 Calle Marguerita Ste. 100
Los Gatos, CA 95032
Telephone: (408) 871-0777
Fax: (408) 866-7480
mikemillen@aol.com

Attorney for Plaintiff

BROOKS R. BROWN (SBN 250724)
bbrown@goodwinprocter.com
GOODWIN PROCTER LLP
10250 Constellation Blvd.
Los Angeles, California 90067
310.788.5100

ROBERT B. BADER (SBN 233165)
rbader@goodwinprocter.com
GOODWIN PROCTER LLP
Three Embarcadero Center, 24th Floor
San Francisco, California 94111
415.733.6000

DEBORAH S. BIRNBACH (pro hac vice)
dbirnbach@goodwinprocter.com
BROOK L. AMES (pro hac vice)
bames@goodwinprocter.com
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
617.570.1000

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| EK VATHANA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVERBANK a/k/a EVERBANK DIRECT a/k/a EVERBANK FEDERAL SAVINGS ASSOCIATION, EVERBANK FINANCIAL CORP, EVERBANK WORLD MARKETS, and DOES 1 to 25,<br><br>Defendants. | Case No. 09-CV-02338-RS<br><br>**[PROPOSED] ORDER RESCHEDULING HEARING FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND REVISING BRIEFING SCHEDULE**<br><br>Courtroom: 3<br>Judge:    Hon. Richard Seeborg<br>              450 Golden Gate Ave.<br>              San Francisco, CA |

Upon consideration of the Joint Stipulation to Reschedule Hearing for Plaintiff's Motion for Partial Summary Judgment and to Revise Briefing Schedule, filed by plaintiff **Ek Vathana** and defendants **EverBank, EverBank Financial Corporation and EverBank World Markets** (collectively, "Defendants"), **IT IS HEREBY ORDERED** as follows:

1. The hearing for Plaintiff's Motion for Summary Judgment/Partial Summary Judgment, Docket Entry No. 76 ("Motion"), is rescheduled to Thursday, January 6, 2011 at 1:30 p.m. Any hearing on a cross-motion for summary judgment filed by Defendants in response to this Motion will also occur on January 6, 2011.

2. Defendants' opposition to Plaintiff's Motion for Partial Summary Judgment, as well as any cross-motion for summary judgment, must be filed by Monday, November 22, 2010.

3. Plaintiff's Reply regarding his Motion (and his opposition to Defendants' anticipated cross-motion) must be filed by Thursday, December 16, 2010 and Defendants' Reply regarding their anticipated cross-motion must be filed by December 23, 2010.

Dated: 11/4, 2010

HON. RICHARD SEEBORG
United States Magistrate Judge

[PROPOSED] ORDER RESCHEDULING HEARING
AND REVISING BRIEFING SCHEDULE                               Case No. 09-CV-02338-RS