| | |
|---|---|
| 1 | BROOKS R. BROWN (SBN 250724)<br>*bbrown@goodwinprocter.com*<br>**GOODWIN PROCTER LLP**<br>601 S. Figueroa St., 41st Fl.<br>Los Angeles, California  90017<br>Tel.:  213.426.2500<br>Fax:  213.623.1673 |
| 2 | |
| 3 | |
| 4 | |
| 5 | ROBERT B. BADER (SBN 233165)<br>*rbader@goodwinprocter.com*<br>**GOODWIN PROCTER LLP**<br>Three Embarcadero Center, 24th Floor<br>San Francisco, California  94111<br>Tel.:  415.733.6000<br>Fax:  415.677.9041 |
| 6 | |
| 7 | |
| 8 | |
| 9 | DEBORAH S. BIRNBACH (*pro hac vice*)<br>*dbirnbach@goodwinprocter.com*<br>BROOK L. AMES (*pro hac vice*)<br>*bames@goodwinprocter.com*<br>**GOODWIN PROCTER LLP**<br>Exchange Place<br>Boston, MA  02109<br>Tel.:  617.570.1000<br>Fax:  617.523.1231 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | Attorneys for Defendants:<br>*EverBank a/k/a EverBank Direct a/k/a EverBank Federal Savings Association; EverBank Financial Corp;* and *EverBank World Markets* |
| 15 | |
| 16 | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| 19 | EK VATHANA, individually and on behalf of all others similarly situated, | Case No. 09-CV-02338-RS |
| 20 | | **[PROPOSED] ORDER RESCHEDULING JULY 28, 2011 CASE MANAGEMENT CONFERENCE AND PERMITTING THE PARTIES TO PARTICIPATE IN THE CONFERENCE BY TELEPHONE** |
| 21 | Plaintiffs, | |
| 22 | v. | |
| 23 | EVERBANK a/k/a EVERBANK DIRECT a/k/a EVERBANK FEDERAL SAVINGS ASSOCIATION, EVERBANK FINANCIAL CORP, EVERBANK WORLD MARKETS, and DOES 1 to 25, | Date:        July 28, 2011<br>Time:        10:00 A.M.<br>Courtroom:   3<br>Judge:       Hon. Richard Seeborg<br>             450 Golden Gate Ave.<br>             San Francisco, CA |
| 24 | | |
| 25 | | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

1  Upon consideration of the Joint Stipulation to Reschedule the July 28, 2011 Case
2  Management Conference and Extend Relevant Deadlines and Request to Participate in the
3  Conference by Telephone filed by plaintiff **Ek Vathana** and defendants **EverBank, EverBank**
4  **Financial Corporation and EverBank World Markets** (collectively, "Defendants"), **IT IS**
5  **HEREBY ORDERED** as follows:
6      1.    The Case Management Conference currently scheduled for July 28, 2011 will be
7  rescheduled to August 11, 2011 at 10:00 a.m.
8      2.    All relevant deadlines set forth in the Order setting the Case Management
9  Conference are extended in accordance with the new date for the Case Management Conference.
10     3.    The Parties may participate in the Case Management Conference by telephone.

Dated: ___7/11_____, 2011

_____
HON. RICHARD SEEBORG
United States Magistrate Judge