*E-Filed 11/3/11*

MICHAEL MILLEN (SBN 151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Tel.:  (408) 871-0777
Fax:  (408) 866-7480
*mikemillen@aol.com*

Attorney for Plaintiff

BROOKS R. BROWN (SBN 250724)
*bbrown@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.:  213.426.2500
Fax:  213.623.1673

ROBERT B. BADER (SBN 233165)
*rbader@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
Tel.:  415.733.6000
Fax:  415.667.9041

DEBORAH S. BIRNBACH (*pro hac vice*)
*dbirnbach@goodwinprocter.com*
BROOK L. AMES (*pro hac vice*)
*bames@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Exchange Place
Boston, MA  02109
Tel.:  617.570.1000
Fax:  617.523.1231

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EK VATHANA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVERBANK a/k/a EVERBANK DIRECT a/k/a EVERBANK FEDERAL SAVINGS ASSOCIATION, EVERBANK FINANCIAL CORP, EVERBANK WORLD MARKETS, and DOES 1 to 25,<br><br>Defendants. | Case No. 09-CV-02338-RS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REVISE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Courtroom:  3<br>Judge:  Hon. Richard Seeborg<br>Floor:  17 |

1  Upon consideration of the Joint Stipulation to Reschedule Hearing for Plaintiff's Motion
2  for Partial Summary Judgment and to Revise Briefing Schedule, filed by plaintiff **Ek Vathana**
3  and defendants **EverBank, EverBank Financial Corporation and EverBank World Markets**
4  (collectively, "Defendants"), **IT IS HEREBY ORDERED** as follows:

5  1. Plaintiff's opposition to Defendants' Motion for Summary Judgment, Docket Entry
6  No. 101 ("Defendants' Motion") must be filed on or before Friday, December 16, 2011.

7  2. Defendants' opposition to Plaintiff's Motion for Partial Summary Judgment,
8  Docket Entry No. 108 ("Plaintiff's Motion") must be filed on or before Friday, December 16,
9  2011.

10  3. Any reply briefing regarding Plaintiff's Motion or Defendants' Motion must be
11  filed on or before Thursday, January 12, 2012.

Dated: __11/3_____, 2011

_____
HON. RICHARD SEEBORG
United States Magistrate Judge