*E-Filed 3/9/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EK VATHANA, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EVERBANK, a/k/a EVERBANK DIRECT, a/k/a EVERBANK FEDERAL SAVINGS ASSOCIATION; EVERBANK FINANCIAL CORPORATION; EVERBANK WORLD MARKETS; and DOES 1 through 25,<br><br>　　　　Defendants. | No. C 09-2338 RS<br><br>**JUDGMENT** |

Pursuant to the Order entered on March 9, 2012 granting defendants' motion for summary judgment, the Court enters judgment in favor of defendants.

IT IS SO ORDERED.

Dated: 3/9/12

*[signature]*
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE