UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EK VATHANA,<br><br>        Plaintiff,<br><br>    v.<br><br>EVERBANK, et al.,<br><br>        Defendants. | Case No. 09-cv-02338-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on February 19, 2015. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. DISCOVERY.

On or before July 31, 2015, all non-expert discovery shall be completed by the parties.

2. EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

    a. On or before August 31, 2015, the parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    b. On or before September 30, 2015, the parties will designate their supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

    c. On or before October 25, 2015, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

3. FURTHER CASE MANAGEMENT CONFERENCE.

A Further Case Management Conference shall be held on **August 20, 2015 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

California. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

4. PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. All pretrial motions shall be heard no later than August 31, 2015.

5. PRETRIAL CONFERENCE.

The final pretrial conference will be held on **October 29, 2015 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

6. TRIAL DATE.

A jury trial shall commence on **November 16, 2015 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: February 19, 2015

_____
RICHARD SEEBORG
United States District Judge