MICHAEL MILLEN (#151731)
mikemillen@aol.com
119 Calle Marguerita, Ste. 100
Los Gatos, CA  95032
Tel:  (408) 871-0777
Fax:  (408) 516-9861

Attorney for Plaintiff *Ek Vathana*

LAURA A. STOLL (SBN 255023)
*lstoll@goodwinprocter.com*
**GOODWIN PROCTER** LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: 213.426.2500
Fax: 213.623.1673

DEBORAH S. BIRNBACH (*pro hac vice*)
*dbirnbach@goodwinprocter.com*
**GOODWIN PROCTER** LLP
Exchange Place
Boston, MA  02109
Tel.: 617.570.1000
Fax: 617.523.1231

Attorneys for Defendants *EverBank a/k/a EverBank Direct a/k/a EverBank Federal Savings Association, EverBank Financial Corp.* and *EverBank World Markets*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| EK VATHANA, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>EVERBANK, etc.<br><br>        Defendants. | Case No. 09-CV-02338-RS<br><br>[~~PROPOSED~~] ORDER MODIFYING SCHEDULING ORDER |

1   Good cause appearing, the Court hereby orders as follows:

2       a. The further Case Management Conference will be held on Sept. 10, 2015;

3       b. The last day for dispositive pretrial motions to be heard is Sept. 10, 2015;

4       c. The last day to designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2) is Sept. 17, 2015; and

6       d. The last day to designate supplemental and rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2) is Oct. 9, 2015.

8   IT IS SO ORDERED.

Dated: 7/16/15

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE