UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EK VATHANA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EVERBANK, et al.,<br><br>　　　　Defendants. | Case No. 09-cv-02338-RS<br><br>**ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE** |

Pursuant to the parties' August 5, 2015 stipulation, the briefing schedule as to Vathana's motion for partial summary judgment is as follows. EverBank shall file its opposition by August 21, 2015, and Vathana's deadline to reply is August 27, 2015. The hearing on this matter is rescheduled to September 24, 2015.

**IT IS SO ORDERED**.

Dated: August 5, 2015

_____
RICHARD SEEBORG
United States District Judge