MICHAEL MILLEN (SBN 151731)
mikemillen@aol.com
119 Calle Marguerita, Ste. 100
Los Gatos, CA  95032
Tel:  (408) 871-0777
Fax:  (408) 516-9861

Attorney for Plaintiff *Ek Vathana*

LAURA A. STOLL (SBN 255023)
lstoll@goodwinprocter.com
**GOODWIN PROCTER** LLP
601 S. Figueroa Street, 41st Floor
Los Angeles, CA 90017
Tel.: 213.426.2500
Fax: 213.623.1673

DEBORAH S. BIRNBACH (*pro hac vice*)
dbirnbach@goodwinprocter.com
**GOODWIN PROCTER** LLP
Exchange Place
Boston, MA  02109
Tel.: 617.570.1000
Fax: 617.523.1231

Attorneys for Defendants *EverBank a/k/a EverBank Direct a/k/a EverBank Federal Savings Association, EverBank Financial Corp.* and *EverBank World Markets*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| EK VATHANA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVERBANK, etc.<br><br>Defendants. | Case No. 09-CV-02338-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY HEARING DATE FOR PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1   Pursuant to Local Rule 6-2 and 7-12 of the Northern District of California, Plaintiff Ek
2  Vathana ("Vathana") and defendants EverBank a/k/a EverBank Direct a/k/a EverBank Federal
3  Savings Association, EverBank Financial Corp. and EverBank World Markets (collectively,
4  "EverBank") (together, the "Parties") agree and stipulate as follows:
5       1.   On August 5, 2015, the parties submitted a stipulation to extend the briefing
6  schedule for Vathana's Motion for Partial Summary Judgment.  (ECF No. 161).
7       2.   On August 5, 2015, the Court granted the parties' stipulation to modify the existing
8  brief schedule.  The Court also, *sua sponte*, continued the hearing to September 24, 2015 at 1:30
9  p.m.  (ECF No. 162).
10      3.   Counsel for EverBank is scheduled to be out of the country on September 24, 2015,
11 and is therefore unable to attend the hearing currently scheduled for September 24, 2015.
12      4.   Counsel for Vathana has agreed to moving the hearing date to October 1, 2015 at
13 1:30 p.m.
14      5.   The parties are informed that the Court is available on October 1, 2015 at 1:30 p.m.
15      NOW, WHEREFORE, the parties stipulate and agree, subject to the Court's approval, the
16 hearing for the Vathana's Motion for Partial Summary Judgment is moved to October 1, 2015 at
17 1:30 p.m.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated: August 7, 2015 | By: | [signature]<br>MICHAEL MILLEN<br>*mikemillen@aol.com*<br>119 Calle Marguerita, Ste 100<br>Los Gatos, CA 95032<br>Tel. 408.871.0777<br>Fax. 408.866.7480 |
|   |   | Attorney for Plaintiff:<br>*Ek Vathana* |
| Dated: August 7, 2015 | By: | /s/ Deborah S. Birnbach<br>DEBORAH S. BIRNBACH<br>*dbirnbach@goodwinprocter.com*<br>**GOODWIN PROCTER LLP**<br>Exchange Place<br>Boston, MA 02109<br>Tel.: 617.570.1000<br>Fax: 617.523.1231 |
|   |   | LAURA A. STOLL<br>*lstoll@goodwinprocter.com*<br>**GOODWIN PROCTER LLP**<br>601 S. Figueroa Street, 41st Floor<br>Los Angeles, CA 90017<br>Tel.: 213.426.2500<br>Fax: 213.623.1673 |
|   |   | Attorneys for Defendants:<br>*EverBank a/k/a EverBank Direct a/k/a EverBank Federal Savings Association; EverBank Financial Corp.* and *EverBank World Markets* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __8/10_____, 2015

[signature]
HON. RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE