United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EK VATHANA,<br><br>    Plaintiff,<br><br>  v.<br><br>EVERBANK, et al.,<br><br>    Defendants. | Case No.  09-cv-02338-RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on September 10, 2015.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1.  EXPERT DISCOVERY.

The last day to complete discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) is hereby extended to October 26, 2015.

2.  PRETRIAL CONFERENCE.

The final pretrial conference previously scheduled for October 29, 2015 is continued to **November 6, 2015 at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

3.  JURY SELECTION.

Jury selection shall commence on **November 13, 2015 at 9:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  As previously ordered, trial shall commence on November 16, 2015 at 9:00 a.m.

1   **IT IS SO ORDERED**.

2

3   Dated:  September 10, 2015

4   _____

5   RICHARD SEEBORG
    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California