UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EK VATHANA,<br><br>           Plaintiff,<br><br>   v.<br><br>EVERBANK, et al.,<br><br>           Defendants. | Case No. 09-cv-02338-RS<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME AND DENYING REQUEST FOR TELEPHONIC APPEARANCE** |

Plaintiff Ek Vathana on behalf of a class of plaintiffs and defendants EverBank, EverBank Financial Corp., and EverBank World Markets have reached a proposed class settlement. They have filed a joint motion for preliminary approval of the proposed settlement and request, pursuant to Local Rule 6-3, to shorten the usual amount of time to consider the motion. In addition, they request to appear telephonically at the hearing.

The parties' motion to shorten time is granted. The hearing on the joint motion for preliminary approval of class settlement will take place on March 10, 2016, at 1:30 p.m. The parties' request to appear telephonically is denied.

**IT IS SO ORDERED**.

Dated: February 29, 2016

_____
RICHARD SEEBORG
United States District Judge