UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EK VATHANA,<br><br>    Plaintiff,<br><br>v.<br><br>EVERBANK, et al.,<br><br>    Defendants. | Case No. 09-cv-02338-RS<br><br>**ORDER GRANTING PRELIMINARY APPROVAL TO SETTLEMENT AND DIRECTING DISSEMINATION OF NOTICE TO THE CLASS** |

Presented to the court for preliminary approval is a settlement of all remaining claims asserted against all defendants in the above-captioned action. The terms of the settlement are set out in an amended stipulation and agreement of settlement ("Settlement Agreement") executed by counsel for the parties as of March 17, 2016. All capitalized terms used herein have the meanings set forth and defined in the Settlement Agreement.

The Court, upon reviewing the Settlement Agreement to determine, among other things, whether the Settlement is sufficiently fair, reasonable, and adequate to warrant the issuance of notice of the proposed Settlement to the members of the Class certified by the Court, declares that it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. <u>Jurisdiction</u>. The Court has jurisdiction over the subject matter of this Action and over the Parties.

2. <u>Preliminary Findings Concerning Proposed Settlement</u>. The Court preliminarily finds that the proposed Settlement should be approved as: (i) the result of serious, extensive arm's-

length and non-collusive negotiations; (ii) falling within a range of reasonableness warranting final approval; (iii) having no obvious deficiencies; (iv) not improperly granting preferential treatment to the Lead Plaintiff or segments of the Class; and (v) warranting notice of the proposed Settlement to Class Members and further consideration of the Settlement at the fairness hearing described below.

3. <u>Fairness Hearing</u>. A hearing (the "Fairness Hearing") will be held on July 7, 2016 at 1:30 p.m. before the Honorable Richard Seeborg in Courtroom 3 - 17th Floor of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, to determine, among other things, (a) whether the proposed Settlement of the Action on the terms and conditions provided in the Settlement Agreement is fair, reasonable, and adequate and should be approved by the Court; (b) whether the proposed Plan of Allocation of the Net Settlement Fund is fair and reasonable and should be approved by the Court; (c) whether a Final Judgment and Order of Dismissal with Prejudice substantially in the form of Exhibit B to the Settlement Agreement should be entered in this Action; and (d) to consider Class Counsel's application for a Fee and Expense Award. Any papers in support of final approval of the Settlement, approval of the Plan of Allocation, and Class Counsel's application for a Fee and Expense Award shall be filed with the Court no later than thirty-five (35) days before the Fairness Hearing.

4. <u>Notice</u>. The Court approves the form, substance, and requirements of the Notice (the "Notice") annexed to the Settlement Agreement as Attachment 1 to Exhibit A, and finds that the procedures established for mailing and distribution of the Notice substantially in the manner and form set forth in paragraphs 5 of this Order (a) constitute the best notice to Class Members practicable under the circumstances, (b) are reasonably calculated, under the circumstances, to describe the terms and effect of the Settlement Agreement and of the Settlement and to apprise Class Members of their right to object to the proposed Settlement or to exclude themselves from the Class, (c) are reasonable and constitute due, adequate, and sufficient notice to all persons entitled to receive such notice, and (d) satisfy all applicable requirements of the Federal Rules of

1  Civil Procedure (including Rules 23(c) and (d)), the United States Constitution (including the Due

2  Process Clause),  the Rules of this Court, and any other applicable law.

3       5.     <u>Retention of Claims Administrator and Manner of Notice</u>.  Class Counsel is hereby

4  authorized to retain Rust Consulting, Inc.  (the "Claims Administrator") to supervise and

5  administer the notice procedure and the processing of claims under the supervision of Class

6  Counsel as more fully set forth below:

7       (a)    Not later than twenty-eight (28) days after entry of this Order by this Court

8  (the "Notice Date"), the Claims Administrator shall cause the Notice, substantially in the

9  form attached hereto as Attachment 1, to be sent to each Class Member who can be

10 identified by reasonable effort.  Such notice shall be sent by first-class mail, postage

11 prepaid, to the Class Member's last known address.  In addition, the Claims Administrator

12 shall email each Class Member using such email addresses that can be determined from

13 EverBank's records, notifying the Class Members that they can review the Notice on a

14 website maintained by Class Counsel.  EverBank shall provide Class Counsel, in

15 accordance with paragraph 16 of the Settlement Agreement, with the names, last known

16 addresses and email addresses of the Class Members to the extent such information is

17 within EverBank's custody or control.

18       (b)    Not later than thirty-five (35) days before the Fairness Hearing, Class

19 Counsel shall file with the Court one or more affidavits or declarations showing timely

20 compliance with the foregoing mailing requirements.

21      6.     <u>CAFA Notice</u>.  Not later than March 28, 2016, EverBank shall provide the notice

22 of the proposed Settlement to appropriate Federal and State officials required by the Class Action

23 Fairness Act of 1995, 28 U.S.C. § 1715.  Not later than thirty-five (35) days before the Fairness

24 Hearing, EverBank shall file with the Court an affidavit or declaration showing timely compliance

25 with this CAFA Notice directive.

26      7.     <u>Exclusions from the Class</u>.  Any potential Class Member who does not timely

27 submit a valid written request for exclusion from the Class in accordance with the instructions in

the Notice is a Class Member and shall be bound by all of the terms and conditions of the Settlement Agreement, and by all proceedings, rulings, orders, and judgments in this Action. Requests for exclusion shall clearly indicate the name (as it appears on the CD(s)), mailing address, daytime telephone number, and e-mail address (if any) of the Class Member seeking exclusion; and state clearly that the Class Member wishes to be excluded from the Class in *Vathana v. EverBank et al.*, Case No. C 09-02338 RS (N.D. Cal.). Requests for exclusion must be submitted by first-class mail, and postmarked no later than twenty-one (21) days before the Fairness Hearing or such other date as may be set by the Court. A request for exclusion shall not be effective unless it provides the required information set forth herein and in the Notice and is made within the time stated herein, or the request for exclusion is otherwise accepted by the Court. Any Class Member who is excluded from the Class shall not be entitled to participate in any distributions from the Net Settlement Fund.

8.  <u>Objections to Settlement</u>.  Any member of the Class who wishes to object to the fairness, reasonableness, or adequacy of the Settlement, to the Plan of Allocation, to any term of the Settlement Agreement, or to the proposed awards of attorneys' fees and expenses, may file an objection. An objector must file with the Court a written statement of his, her or its objection(s), and all such objections and supporting papers must (a) indicate the objector's name, mailing address, daytime telephone number, and e-mail address (if any); (b) specify the reason(s) for each such objection made, including any legal support and evidence that such objector wishes to bring to the Court's attention; (c) clearly identify the case name and number (*Vathana v. EverBank et al.*, Case No. C 09-02338 RS), (d) be submitted to the Court either by mailing them to the Class Action Clerk, United States District Court for the Northern District of California, 450 Golden Gate Ave., San Francisco, CA 94102, or by filing them in person at any location of the United States District Court for the Northern District of California, and (e) be filed or postmarked no later than twenty-one (21) days before the Fairness Hearing.

A Class Member may file an objection on his, her or its own or through an attorney hired at his, her or its own expense. Any member of the Class or other Person who does not timely file

a written objection complying with the terms of this paragraph 8 shall be deemed to have waived, and shall be foreclosed from raising, any objection to the Settlement, and any untimely objection shall be barred. Any submissions by the Parties in opposition or response to objections shall be filed with the Court no later than seven (7) days before the Fairness Hearing.

9. <u>Appearance at Fairness Hearing</u>. Any objector who files a timely, written objection in accordance with the instructions above and herein, may also appear at the Fairness Hearing either in person or through counsel retained at the objector's expense. Objectors or their attorneys intending to appear at the Fairness Hearing must file with the Court a notice of intention to appear. The notice of intention to appear must be filed with the Court no later than twenty-one (21) days before the Fairness Hearing. Any objector who does not timely file and serve a notice of intention to appear in accordance with this paragraph shall not be permitted to appear at the Fairness Hearing, except for good cause shown.

10. <u>Service of Papers</u>. Counsel for Defendants and Class Counsel shall promptly furnish all Parties with copies of any and all requests for exclusion, objections and notices of intention to appear that come into their possession.

11. <u>Fees and Expenses</u>. All reasonable Notice and Administration Expenses incurred in identifying and notifying Class Members, as well as in administering the Settlement, shall be paid as set forth in the Settlement Agreement. In the event the Settlement is not approved by the Court, or otherwise fails to become effective, neither the Lead Plaintiff nor Class Counsel shall have any obligation to repay the reasonable and necessary Notice and Administration Expenses actually incurred as of the date the Settlement is terminated (as such date is determined pursuant to the terms of the Settlement Agreement). At or after the Fairness Hearing, the Court shall determine whether the Plan of Allocation and Class Counsel's application for a Fee and Expense Award shall be approved. Neither Defendants nor Defendants' Counsel shall have any responsibility for any Plan of Allocation or any application for a Fee and Expense Award, and such matters will be considered separately from the fairness, reasonableness, and adequacy of the Settlement. No objection, proceeding or order, or any appeal or petition for a writ of certiorari or

1  other form of review pertaining solely to (i) any application for attorneys' fees or expenses, and/or
2  (ii) the Plan of Allocation, shall in any way delay or preclude the Final Judgment from becoming
3  Final.

4      12.    <u>Bar on Litigating Settled Claims</u>.  Pending final determination of whether the
5  Settlement should be approved, Lead Plaintiff and all other Class Members, and anyone who acts
6  or purports to act on their behalf, shall not institute, prosecute, participate in, or assist in the
7  institution, prosecution, or assertion of, any Settled Claim against any of the Released Parties.

8      13.    <u>Termination of Settlement</u>.  This Order shall become null and void, and shall be
9  without prejudice to the rights of the Parties, all of whom shall be restored to their respective
10 positions existing immediately before the Execution Date of the Settlement Agreement, if the
11 Settlement is terminated in accordance with the Settlement Agreement.  In such event, paragraph
12 34 of the Settlement Agreement shall govern the rights of the Parties.

13     14.    <u>Use of Order</u>.  This Order shall not be construed or used as an admission,
14 concession, or presumption by or against any of the Released Parties of any fault, wrongdoing,
15 breach, or liability or as a waiver by any Party of any arguments, defenses, or claims he, she, or it
16 may have in the event that the Settlement Agreement is terminated, nor shall it be used in any
17 manner prohibited by paragraph 40 of the Settlement Agreement.  In the event this Order becomes
18 of no force or effect, it shall not be construed or used as an admission, concession, or presumption
19 by or against the Released Parties, Lead Plaintiff or the Class.

20     15.    <u>Stay</u>.  All proceedings in this Action are stayed until further order of the Court,
21 except as may be necessary to implement the Settlement or comply with the terms of the
22 Settlement Agreement and this Order.  This Court retains exclusive jurisdiction over the Action to
23 consider all further matters arising out of or connected with the Settlement.

24 <u>Continuance of Hearing</u>.  The Court reserves the right to continue or adjourn the Fairness Hearing
25 from time to time without further notice to the Class.  The Court may approve the Settlement, with
26 such modifications as may be agreed to by the Parties, if appropriate, without further notice to the
27 Class.

**IT IS SO ORDERED**.

Dated: March 18, 2016

_____
RICHARD SEEBORG
United States District Judge